**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANILDA RODRIGUES and SARAH TALBOTT, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 1:20-cv-11662-RWZ |
| v. | |
| BOSTON COLLEGE, | |
| Defendant. | |

**DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1) and Rule 7.1(b) of the

Local Rules of the United States District Court for the District of Massachusetts, Defendant

Boston College,[1] by and through its undersigned attorneys, hereby moves this Court for an Order

dismissing Plaintiffs' Amended Complaint (ECF No. 23) in its entirety, with prejudice.  The

grounds for this motion are set forth in the accompanying Memorandum of Law, Declaration of

Anton Metlitsky, and attached exhibits, as well as the Declaration of Christopher Cordella in

Support of Defendant's Motion to Dismiss the Original Complaint (ECF No. 21).

<b>REQUEST FOR ORAL ARGUMENT</b>

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the

District of Massachusetts, Defendant hereby requests oral argument in connection with this

Motion on the ground that such argument may assist the Court in connection with the issues

presented herein.

<b>RULE 7.1(A)(2) CERTIFICATION</b>

Pursuant to Local Rule 7.1(a)(2), undersigned counsel for Defendant certifies that

Defendant's counsel has conferred in good faith with counsel for Plaintiffs in an effort to resolve

or narrow the issues presented in this Motion.

WHEREFORE, Defendant respectfully requests that this Court issue an Order dismissing

the Amended Complaint with prejudice.

---

[1] The Trustees of Boston College is the legal entity comprising Boston College, and is the proper party to this litigation.

- 2 -

Dated:  February 1, 2021                    Respectfully submitted,


                                            */s/ Anton Metlitsky*

                                            Anton Metlitsky (*pro hac vice*)
                                            ametlitsky@omm.com
                                            O'MELVENY & MYERS LLP
                                            7 Times Square
                                            New York, NY 10036
                                            Telephone:     (212) 326-2000
                                            Facsimile:     (212) 326-2061

                                            Jen Cardelús (BBO #176998)
                                            jcardelus@omm.com
                                            O'Melveny & Myers LLP
                                            400 South Hope Street
                                            Los Angeles, CA 90071
                                            Telephone:     (213) 430-6000
                                            Facsimile:     (213) 430-6407

                                            *Attorneys for Defendant*
                                            *Trustees of Boston College*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 1, 2021.

/s/ Anton Metlitsky
Anton Metlitsky (*pro hac vice*)