UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-11662-RWZ

ANILDA RODRIGUES and SARAH TALBOTT, on behalf of themselves and all others similarly situated

v.

BOSTON COLLEGE

ORDER

April 15, 2021

ZOBEL, S.D.J.

Defendant's motion to dismiss (Docket # 25) is DENIED. "Drawing all inferences in plaintiffs' favor, the court cannot, as a matter of law, say that no student could have reasonably expected that paying the tuition charged for the Spring semester of 2020 and registering for on-campus courses would entitle them to in-person instruction." In re Boston Univ. Covid-19 Refund Litig., No. 20-cv-10827, 2021 U.S. Dist. LEXIS 4651, at *7–8 (D. Mass. Jan. 7, 2021). As to Plaintiffs' remaining claim, having drawn all reasonable inferences in their favor, as the court must, the allegations are sufficient.

_April 15, 2021_
DATE

_Rya Zobel_
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1