UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANILDA RODRIGUES and SARAH TALBOTT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON COLLEGE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-11662-NMG |

**PLAINTIFFS' MOTION TO CONTINUE THE STAY OF THIS ACTION PENDING RESOLUTION OF PLAINTIFFS' SUIT FILED IN STATE COURT**

Plaintiffs hereby move for an Order continuing the stay of this action until a ruling in Plaintiffs' suit in state court challenging the constitutionality of 2023 Mass. St., c. 28 § 80(b). A stay is consistent with principles of federalism and Supreme Court precedent, conserves judicial and private resources by avoiding the risk of the parties having to reopen discovery or refile key motions, and is likely to be relatively short.

This Motion is supported by Plaintiffs' Memorandum of Law, filed concurrently.

Dated: July 11, 2024

By: /s/ Yvette Golan
Yvette Golan, *admitted pro hac vice*
THE GOLAN FIRM PLLC
529 14th St. NW, Suite 914
Washington, D.C. 20045
T: (866) 298-4150
F: (928) 441-8250
ygolan@tgfirm.com

James A. Francis, *admitted pro hac vice*

*[Handwritten: Motion denied as moot. /s/ NMGorton, USDJ 09/03/2024]*