UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANILDA RODRIGUES and SARAH TALBOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON COLLEGE,<br><br>Defendant. | Civil Action No. 1:20-cv-11662-NMG |

## DEFENDANT BOSTON COLLEGE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE ENTRY OF JUDGMENT ON PLAINTIFFS' SPRING 2020 CLAIMS

Defendant Boston College[1] moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56(a) and Local Rule 56.1. This Court granted Boston College partial summary judgment as to Plaintiffs' Spring 2020 claims in light of recent Massachusetts legislation granting universities immunity from such claims. Boston College now moves for summary judgment on Plaintiffs' remaining contract and unjust enrichment claims. Those claims are based on Plaintiffs' assertion that they reasonably expected their education to be fully in person in the Summer 2020, Fall 2020, and Spring 2021 sessions. But the undisputed facts show that Plaintiffs could have had no such reasonable expectation in light of clear communications from Boston College. Boston College is thus entitled to judgment as a matter of law.

---

[1] Trustees of Boston College is the legal entity comprising Boston College, and is the proper party to this litigation.

- 1 -

*Defendants' motion for summary judgment is allowed.*
*/s/ N. Gorton, USDJ 09/03/2024*