UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Anilda Rodrigues

V.                                         CIVIL ACTION: 1:20-11662-NMG

Boston College

**FINAL JUDGMENT**

GORTON, U.S.D.J.                                    September 11, 2024

Pursuant to the Order granting Defendant's Motion for Summary Judgment (Document No. 126) it is   ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendant.

By the Court,

/s/ Christine M. Lima
DEPUTY CLERK